UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

A.B. INTERNATIONAL MARKET INC.
D/B/A A B INTERNATIONAL MARKET INC.,

Debtor.
---------------------------------------------------------X

Chapter 11
Case No. 25-12533-jpm
(Subchapter V)

**ORDER APPROVING SETTLEMENT BETWEEN**
**<u>THE DEBTOR AND AMERICAN EXPRESS NATIONAL BANK</u>**

Upon the motion dated July 14, 2026 (the "<u>Motion</u>") [Dkt. No. 53], of A.B. International Market, Inc. d/b/a A B International Market, Inc., the debtor and debtor-in-possession (the "<u>Debtor</u>"), by and through its counsel, Kamini Fox, PLLC, pursuant to Federal Rule of Bankruptcy Procedure 9019(a), seeking entry of an order: (a) authorizing the Debtor to enter into and approving the Stipulation of Settlement entered into between the Debtor and American Express National Bank ("<u>AMEX</u>") (the "<u>Settlement Agreement</u>"), annexed to the motion as Exhibit A, (b) authorizing the Debtor to execute all documents necessary to effectuate the terms of the Settlement Agreement; and (c) such other and further relief as this Court deems just and proper; and the Motion having been timely served on the Office of the United States Trustee, the settling parties, and all appearing parties; and the Certificate of No Objection having been filed on August 3, 2026 [Dkt. No. 55]; and the Court having found that (i) the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334; venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion was sufficient, and no additional notice of or a hearing on the Motion is required under the circumstances, (iv) the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest and is supported by good business reasons in accordance with

Bankruptcy Rule 9019, and (v) the Settlement Agreement was negotiated at arm's-length and in good faith and are fair and equitable; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; now, therefore

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent provided herein.
2. Pursuant to Bankruptcy Rule 9019, the Settlement Agreement and all of its terms and conditions, are approved.
3. The Debtor is authorized to take any and all actions reasonably necessary to consummate the Settlement Agreement and perform any and all obligations contemplated therein.
4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order and the Settlement Agreement.

Dated: August 26, 2026
New York, New York

/s/ John P. Mastando III
HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE